**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Cecilia and Joe Modesto

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECILIA AND JOE MODESTO,**<br><br>         Plaintiff,<br><br>  v.<br><br>**FAIRSHARE SOLUTIONS, LLC,**<br><br>         Defendant. | **Case No.:** 2:22-cv-01430-JAM-AC<br><br>*HON. JOHN A. MENDEZ*<br>*HON. MAG. ALLISON CLAIRE*<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT FAIRSHARE SOLUTIONS, LLC PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL AS TO DEFENDANT FAIRSHARE SOLUTIONS, LLC PURSUANT TO FRCP 41(A)(1)(A)(II)**

Plaintiff CECILIA AND JOE MODESTO, and Defendant FAIRSHARE SOLUTIONS, LLC hereby stipulate under FRCP 41(a)(1)(A)(ii) that all claims and causes of action be dismissed with prejudice as to Defendant FAIRSHARE SOLUTIONS, LLC, only, with each party bearing that party's own attorneys' fees and costs.

                                  **THE CARDOZA LAW CORPORATION**

DATED: June 9, 2023         BY: /s/ LAUREN B. VEGGIAN
                                          MICHAEL F. CARDOZA, ESQ.
                                          LAUREN B. VEGGIAN, ESQ.
                                          ATTORNEY FOR PLAINTIFF
                                          CECILIA AND JOE MODESTO

                                          **FAIRSHARE SOLUTIONS**

DATED: June 9, 2023         BY: /s/DENNIS ROGERS
                                          DENNIS ROGERS, ESQ.
                                          ATTORNEY FOR DEFENDANT,
                                          FAIRSHARE SOLUTIONS, LLC

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECILIA AND JOE MODESTO,**<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**FAIRSHARE SOLUTIONS, LLC AND JOSEPH S. WIESMETH, ESQ.,**<br><br>　　　　　Defendant. | **Case No.:** 2:22-cv-01430-JAM-AC<br><br>*HON. JOHN A. MENDEZ*<br>*HON. MAG. ALLISON CLAIRE*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED** WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order. The Clerk is **DIRECTED** to close the file.

Dated: June 14, 2023           /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE