# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECILIA AND JOE MODESTO,**<br><br>    Plaintiff,<br><br>    v.<br><br>**FAIRSHARE SOLUTIONS, LLC**<br><br>    Defendant. | **Case No.:** 2:22-cv-01430-JAM-AC<br><br>*HON. JOHN A. MENDEZ*<br>*HON. MAG. ALLISON CLAIRE*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

### ORDER OF DISMISSAL AS TO FAIRSHARE SOLUTIONS, LLC ONLY

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED** WITH PREJUDICE with respect to FAIRSHARE SOLUTIONS, LLC only, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order.

IT IS SO ORDERED.

Dated: June 22, 2023         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE